

July 9, 2014

**VIA ELECTRONIC CASE FILING**

Honorable Malachy E. Mannion
United States District Court for the
   Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA  18503

   Re: <u>James Brown v. Access Midstream Partners, et al. - No. 3:14-CV-0591</u>

Dear Judge Mannion:

  The Case Management Conference in the above-referenced matter is scheduled for July 15 at 11:00 a.m.  All counsel in the case request that the conference be held in-person.  Accordingly, pursuant to Paragraph 1 of the Order of June 17, 2014 (Doc. No. 30), I hereby notify the Court that counsel for the parties will attend in-person.

             Respectfully,

             Daniel T. Brier

DTB:cak

cc: Alan C. Promer, Esquire (via electronic mail)
   Daniel T. Donovan, Esquire (via electronic mail)
   John S. Summers, Esquire (via electronic mail)
   Michael D. Donovan, Esquire (via electronic mail)
   Noah Axler, Esquire (via electronic mail)
   Ragan Naresh, Esquire (via electronic mail)
   Robert E. McCann, Esquire (via electronic mail)
   Todd J. Jacobs, Esquire (via electronic mail)