# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES L. BROWN,** *on behalf of himself and all others simil*arly *situated,* : | |
| Plaintiffs   : | CIVIL ACTION NO. 3:14-0591 |
| v   : | |
| **ACCESS MIDSTREAM PARTNERS,** **L.P., CHESAPEAKE ENERGY CORP., and DOMENIC J. DELL'OSSO, JR.,**   : | (JUDGE MANNION) |
| : | |
| **Defendants** | |

## O R D E R

An in-person case management conference having been held today, **IT IS HEREBY ORDERED that:**

1. **Joining Additional Parties**. The final date for the joining of additional parties shall be **December 1, 2014.**

2. **Amendment of Pleadings**. The final date for the amendment of pleadings shall be **December 1, 2014.**

3. **Fact Discovery**. All fact discovery shall be completed by **June 1, 2015.**

4. **Expert Discovery.** All expert discovery shall be completed by **October 1, 2015.**

5. **Expert Reports**. Expert reports will be due from the plaintiff on or before **June 1, 2015**; from the defendant on or before

> **July 1, 2015**; Supplementations, if any, by either party will be due on or before **August 1, 2015.**
>
> 6. **Dispositive Motions**. Dispositive motions, if any, shall be filed by **September 1, 2015.**
>
> 7. **Lead Counsel**. Motion to appoint lead counsel shall be filed on or before **August 15, 2014.**
>
> 8. **Class Certification**. Plaintiff's motion for Class Certification shall be filed on or before **November 1, 2015.** Defendant's opposition brief shall be filed on or before **December 1, 2015**. Plaintiff's reply brief shall be filed on or before **January 15, 2016.**

The final pretrial conference and trial dates will be decided after the dispositive motion deadline has expired.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements. If this good faith discussion is unsuccessful, counsel shall contact chambers to schedule a conference call among all parties to discuss and resolve the dispute. If, after the conference call, the court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule. No written discovery motions are to be filed without leave of court, and even then only following the above noted procedure.

Counsel shall not cease active discovery pending disposition of any pretrial motions, including, but not limited to, motions to dismiss.

The schedule established herein should be followed by all counsel and parties. Continuances of trial and extensions of the discovery period will be sparingly granted, and only when appropriate circumstances demand and application is timely made.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   July 15, 2014**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2014 ORDERS\14-0591-03.wpd