**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES L. BROWN,** ***on behalf of himself and all others similarly situated,*** | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:14-0591** |
| **v.** | : | **(JUDGE MANNION)** |
| **ACCESS MIDSTREAM PARTNERS, L.P., CHESAPEAKE ENERGY CORP., and DOMENIC J. DELL'OSSO, JR.,** | : | |
| **Defendants** | : | |

---

| | | |
|---|---|---|
| **THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH,** ***individually and on behalf of himself and all others similarly situated,*** **and GINA M. SUESSENBACH,** ***individually and on behalf of all others similarly situated,*** | : | **CIVIL ACTION NO. 3:14-1197** **(JUDGE MANNION)** |
| **Plaintiffs** | : | |
| **v.** | : | |
| **ACCESS MIDSTREAM PARTNERS, L.P., and CHESAPEAKE ENERGY CORPORATION,** | : | |
| **Defendants** | : | |

**O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the Suessenbachs' motion to consolidate the above-

captioned matters, **filed in Civil Action No. 3:14-0591**, **(Doc. 46)**, is **DENIED WITHOUT PREJUDICE**;

**(2)** the motion to appoint Michael D. Donovan, Noah Axler, and the Law Firm of Donovan Axler, LLC, as Interim Class Counsel in the Brown case, **filed in Civil Action No. 3:14-0591**, **(Doc. 50)**, is **GRANTED**;

**(3)** the motion to appoint Kessler Topaz Meltzer & Check, LLP, ("Kessler Topaz"), as Interim Class Counsel and Rosenn Jenkins & Greenwald LLP, ("Rosenn Jenkins"), as Interim Liaison Counsel, **filed in Civil Action No. 3:14-0591**, **(Doc. 54)**, is **DENIED**; and

**(4)** the motion to appoint Kessler Topaz as Interim Class Counsel and Rosenn Jenkins as Interim Liaison Counsel, **filed in Civil Action No. 3:14-1197**, **(Doc. 15)**, is **GRANTED** with respect to the Suessenbach case only.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 31, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0591-01-ORDER.wpd