# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES L. BROWN,** *on behalf of himself and all others simila*rly *situated,* | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:14-0591 |
| v. | : | |
| | : | (JUDGE MANNION) |
| **ACCESS MIDSTREAM PARTNERS, L.P., CHESAPEAKE ENERGY CORP., and DOMENIC J. DELL'OSSO, JR.,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the motion to dismiss the plaintiffs' amended complaint filed on behalf of Access Midstream Partners, L.P., **(Doc. 68)**, is **DENIED**;

**(2)** the motion to dismiss the plaintiffs' amended complaint filed on behalf of defendant Chesapeake Energy Corporation, **(Doc. 70)**, is **DENIED**; and

**(3)** the motion to dismiss the plaintiffs' amended complaint filed on behalf of defendant Domenic J. Dell'Osso, Jr., **(Doc. 72)**, is **DENIED**.

                                                s/ *Malachy E. Mannion*
                                                **MALACHY E. MANNION**
                                                **United States District Judge**

**Date: September 30, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0591-02-ORDER.wpd