IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. BROWN and ALICE R. BROWN, on behalf of themselves and all others similarly situated,<br><br>                   Plaintiffs,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., CHESAPEAKE ENERGY CORP., and DOMINIC J. DELL'OSSO, JR.,<br><br>                   Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: No. 3:14-cv-00591-MEM<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT ACCESS MIDSTREAM PARTNERS, L.P.'S
MOTION TO AMEND ANSWER**

Pursuant to Fed. R. Civ. P. 15 and for the reasons set forth in its accompanying Memorandum of Law, which is incorporated herein, Defendant Access Midstream Partners, L.P., n/k/a Williams Partners, L.P. ("Access") moves for leave of the Court to file an amended answer.

A copy of the proposed Amended Answer is attached hereto as Exhibit "A." *See* LR 15.1(a)-(b). Also provided herewith, as Exhibit "B," is a copy of the original pleading in which stricken material has been lined through and any new material has been inserted and underlined. *See* LR 15.1(b).

Access respectfully requests that the Court direct the clerk to file *Access Midstream Partners, L.P.'s Amended Answer to Amended Class Action Complaint*, Exhibit "A" hereto.

| | |
|---|---|
| Dated: March 24, 2016 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER<br><br>By:   /s/ John S. Summers<br>       John S. Summers<br>       Alan C. Promer<br>       Dylan J. Steinberg<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19310 |

(215) 496-7062
jsummers@hangley.com
apromer@hangley.com
dsteinberg@hangley.com

-and-

Michael J. Gibbens *(pro hac vice)*
Victor E. Morgan *(pro hac vice)*
Susan E. Huntsman *(pro hac vice)*
Christopher B. Woods *(pro hac vice)*
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (Facsimile)
mike.gibbens@crowedunlevy.com
victor.morgan@crowedunlevy.com
christopher.woods@crowedunlevy.com
susan.huntsman@crowedunlevy.com

-and-

Mack J. Morgan III *(pro hac vice)*
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
mack.morgan@crowedunlevy.com

*Attorneys for Access Midstream Partners, L.P.*

## CERTIFICATE OF NON-CONCURRENCE

I, John S. Summers, hereby certify pursuant to Local Civil Rule 7.1 that counsel for Defendant Access Midstream Partners, L.P., sought concurrence in the foregoing motion from counsel for Plaintiffs. I have not received counsel for Plaintiffs' concurrence in the Motion.

Dated: March 24, 2016                    /s/ John S. Summers
                                                                John S. Summers

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2016, that I caused the foregoing *Defendant Access Midstream Partners, L.P.'s Motion to Amend Answer* to be filed electronically using the Court's electronic filing system, and that the filing is available to counsel for all parties for downloading and viewing from the electronic filing system.

/s/ John S. Summers
John S. Summers