IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. BROWN and ALICE R. BROWN, on behalf of themselves and all others similar situated,<br><br>       Plaintiffs,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., CHESAPEAKE ENERGY CORP., and DOMENIC J. DELL'OSSO, JR.,<br><br>       Defendants. | No. 3:14-cv-00591-MEM |

## DEFENDANT CHESAPEAKE ENERGY CORPORATION'S MOTION TO AMEND ANSWER

Pursuant to Federal Rule of Civil Procedure 15 and for the reasons set forth in its accompanying Memorandum of Law, which is incorporated herein, Defendant Chesapeake Energy Corporation ("Chesapeake") moves for leave of the Court to file an amended answer.

A copy of the proposed Amended Answer is attached hereto as Exhibit A. *See* LR 15.1(a)-(b). Also provided herewith, as Exhibit B, is a copy of the original pleading in which stricken material has been lined through and any new material has been inserted and underlined. *See* LR 15.1(b).

Chesapeake respectfully requests that the Court direct the clerk to file Defendant Chesapeake Energy Corporation's Amended Answer and Affirmative and Other Defenses to Amended Class Action Complaint, attached hereto as Exhibit A.

Dated: April 1, 2016

Respectfully submitted:

/s/ *Daniel T. Brier*
Daniel T. Brier
John B. Dempsey
**MYERS BRIER & KELLY, LLP**
425 Spruce Street, Suite 200
Scranton, PA 18503
Tel: (570) 342-6100
Fax: (570) 342-6147
Email:  dbrier@mbklaw.com
           jdempsey@mbklaw.com

Seamus C. Duffy (*pro hac vice*)
Kathryn E. Deal (*pro hac vice*)
**DRINKER BIDDLE & REATH LLP**
One Logan Square, Suite 2000
Philadelphia PA 19103
Tel: (215) 988-2700
Fax: (215) 988-2757
Email:  seamus.duffy@dbr.com
           kathryn.deal@dbr.com

Daniel T. Donovan (*pro hac vice*)
Ragan Naresh (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, NW
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
Email:  daniel.donovan@kirkland.com
           ragan.naresh@kirkland.com

*Counsel for Defendant*
*Chesapeake Energy Corporation*

## CERTIFICATE OF NON-CONCURRENCE

I, Daniel T. Brier, hereby certify pursuant to Local Rule 7.1 that counsel for Defendant Chesapeake Energy Corporation, sought concurrence in the foregoing motion from counsel for Plaintiffs. I have not received counsel for Plaintiffs' concurrence in the Motion.

Dated: April 1, 2016                                    /s/ *Daniel T. Brier*
                                                        Daniel T. Brier

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel T. Brier*
Daniel T. Brier