IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. BROWN and ALICE R. BROWN, on behalf of themselves and all others similar situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., CHESAPEAKE ENERGY CORP., and DOMENIC J. DELL'OSSO, JR.,<br><br>      Defendants. | No. 3:14-cv-00591-MEM |

## ORDER

  AND NOW this \_\_\_\_ day of _____, 2016, upon consideration of the Motion to Amend Answer filed by Defendant Chesapeake Energy Corporation, and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

  It is FURTHER ORDERED that the clerk shall forthwith file the amended answer attached as Exhibit A to Defendant's motion.

               BY THE COURT:


               _____
               HON. MALACHY E. MANNION
               UNITED STATES DISTRICT JUDGE