## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. BROWN and ALICE BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., *et al.*,<br><br>Defendants. | No. 3:14-cv-0591-MEM |
| THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH, and GINA M. SUESSENBACH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., *et al.*,<br><br>Defendants. | No. 3:14-cv-01197-MEM |

## JOINT STIPULATION TO AMEND CASE SCHEDULE

Counsel for Plaintiffs the Suessenbach Family Limited Partnership, James S.

Suessenbach, and Gina M. Suessenbach ("Suessenbach Plaintiffs"), Plaintiffs James

Brown and Alice Brown ("Brown Plaintiffs"), Defendants Chesapeake Energy Corp. ("Chesapeake"), Access Midstream Partners, L.P., and Domenic J. Dell'Osso, Jr. (collectively, the "Parties") hereby agree and stipulate as follows:

1.      On September 16, 2016 the Court approved the Parties' proposal to amend the scheduling Order in these actions.

2.      Since then, the mediation process before the Honorable Edward N. Cahn has continued.  On December 20, 2016, counsel for the Plaintiffs in these actions attended a mediation session in connection with *Demchak, et al. v. Chesapeake Appalachia, LLC.*, No. 13-2289 and other pending cases.  Counsel for Plaintiffs and the other parties to the mediation have discussed additional information that would inform the mediation process and have scheduled the next mediation session for March 8, 2017.

3.      As a result of these events and the subsequent discussions among the Parties regarding how best to proceed in these cases, the Parties seek extensions of the existing case deadlines.

4.      Accordingly, the Parties propose the following amended and joint schedule:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiffs' Class Certification Motion and any Class Certification Expert Reports Due | March 17, 2017 | September 15, 2017 |
| Defendants' Class Certification Opposition and any Class Certification Expert Reports Due | May 12, 2017 | November 15, 2017 |
| Plaintiffs' Class Certification Reply Brief and any Supplemental Class Certification Expert Reports Due[1] | June 23, 2017 | December 15, 2017 |
| Fact/Merit Discovery Completed | August 11, 2017 | February 15, 2018 |
| Plaintiffs' Expert (if needed) Reports Due | September 8, 2017 | March 15, 2018 |
| Defendants' Expert (if needed) Reports Due | October 9, 2017 | April 20, 2018 |
| Supplemental Expert (if needed) Reports Due | November 9, 2017 | May 15, 2018 |
| All Expert Discovery and Dispositive Motion Deadline | December 9, 2017 | June 15, 2018 |

---

[1] Defendants' class certification expert(s), if any, may respond at a hearing on class certification or in a separate written response within two (2) weeks to Plaintiffs' experts' supplement reports.

WHEREFORE, the Parties, through their respective counsel, respectfully request that the Court approve the foregoing amended, joint case schedule, or adjourn the existing case deadlines pending a status conference with the Court.

Dated: February 14, 2017

Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

/s/ Peter A. Muhic
Peter A. Muhic (PA 73501)
Tyler S. Graden (PA 205844)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: jmeltzer@ktmc.com
          pmuhic@ktmc.com
          tgraden@ktmc.com

**ROSENN JENKINS &   GREENWALD**
**LLP**
Robert D. Schaub (PA 42466)
15 South Franklin Street
Wilkes-Barre, PA 18711
Tel: (570) 826-5652
Fax: (570) 706-3424
Email: rschaub@rjglaw.com


*Attorneys for Suessenbach Plaintiffs and the Class*

**HANGLEY ARONCHICK**
**SEGAL PUDLIN &**
**SCHILLER**

/s/ John S. Summers
John S. Summers
Alan C. Promer
Dylan J. Steinberg
One Logan Square
18th and Cherry Sts., 27th Floor
Philadelphia, PA 19103
Tel:  (215) 496-7044
Email: jsummers@hangley.com
          apromer@hangley.com

**CROWE & DUNLEVY**
Michael J. Gibbens
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK  74103-3313
Tel:  (918) 592-9800
Fax:  (918) 599-6338
Email:mike.gibbens@crowedunlevy.com
*Attorneys for Defendant Access Midstream Partners, L.P.*

4

**AXLER GOLDICH, LLC**
/s/Noah Axler
Noah Axler
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103
(267) 207-2920
naxler@axgolaw.com

**DONOVAN LITIGATION GROUP, LLC**

Michael D. Donovan
1055 Westlakes Drive, Suite 155
Berwyn, PA 19312
610-647-6067
610-647-7215(fax)
Email: mdonovan@donovanlitigation
group.com

**MCCANN & WALL, LLC**
Robert E. McCann
Two Penn Center Plaza
Philadelphia, PA 19102
Telephone - 215-569-8488
Fax - 215-569-8288
rmccann@mccannwallinjurylaw.com

**SALTZ, MONGELUZZI, BARRETT & BENDESKY, PC**
Simon B. Paris
Patrick Howard
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Phone: 215-575-3986
Fax: 215-496-0999
Email: sparis@smbb.com
        phoward@smbb.com

*Counsel for Brown Plaintiffs and the Class*

**DRINKER BIDDLE & REATH LLP**

/s/ Seamus C. Duffy
Seamus C. Duffy
Kathryn E. Deal
One Logan Square, Suite 2000
Philadelphia PA 19103
Tel: (215) 988-2700
Fax: (215) 988-2757

**KIRKLAND & ELLIS LLP**
Daniel T. Donovan
Ragan Naresh
655 Fifteenth Street, NW
Washington, DC 20005
Tel: (202) 879-5174
Email:
daniel.donovan@kirkland.com

ragan.naresh@kirkland.com

**MYERS BRIER & KELLY, LLP**
Daniel T. Brier
425 Spruce Street
Suite 200
Scranton, PA 18503
Tel: (570) 342-6100
Email: dbrier@mbklaw.com

*Attorneys for Defendant*
*Chesapeake Energy Corporation*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Robin M. Bergen
Darryl G. Stein
Lewis J. Liman
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2032

Email:  rbergen@cgsh.com
         dstein@cgsh.com


**MYERS BRIER & KELLY, LLP**
Daniel T. Brier
425 Spruce Street
Suite 200
Scranton, PA 18503
Tel:  (570) 342-6100
Email: dbrier@mbklaw.com

*Attorneys for Defendant Domenic J. Dell'Osso, Jr.*

APPROVED BY THE COURT:

MALACHY E. MANNION
UNITED STATES DISTRICT JUDGE

Dated 2/21/17