UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A & B CAMPBELL FAMILY, *et al.*, : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> CHESAPEAKE ENERGY CORP., *et al.*, : <br> : <br> **Defendants** : | CIVIL ACTION NO. 3:15-0340 <br><br> (JUDGE MANNION) |
| JAMES L. BROWN, *et al.*, : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> CHESAPEAKE ENERGY CORP., *et al.*, : <br> : <br> **Defendants** : | CIVIL ACTION NO. 3:14-0591 <br><br> (JUDGE MANNION) |
| THE SUESSENBACH FAMILY <br> LIMITED PARTNERSHIP, *et al.*, : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> CHESAPEAKE ENERGY CORP., *et al.*, : <br> : <br> **Defendants** : | CIVIL ACTION NO. 3:14-1197 <br><br> (JUDGE MANNION) |
| TYLER, *et al.*, : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> CHESAPEAKE APPALACHIA, L.L.C., <br> *et al.*, : <br> : <br> **Defendants** : | CIVIL ACTION NO. 3:16-0456 <br><br> (JUDGE MANNION) |

## JOINT STATUS REPORT

Pursuant to the Court's March 22, 2017 Orders in *A&B Campbell v. Chesapeake Energy Corp.*, 3:15-cv-0340, ECF No. 151, *Brown v. Chesapeake Energy Corp.*, 3:14-cv-0591, ECF No. 167, *Suessenbach v. Chesapeake Energy Corp.*, 3:14-cv-1197, ECF No. 121, and *Tyler v. Chesapeake Appalachia, LLC*, 3:16-cv-0456, ECF No. 43, Counsel for Plaintiffs in the above-captioned actions and Counsel for Defendants Chesapeake Energy Corporation, Chesapeake Appalachia, LLC, Chesapeake Energy Marketing, LLC, Chesapeake Operating, LLC, Chesapeake Exploration, LLC (collectively "Defendants"), hereby provide this joint status report:

1. On March 6, 2017, Senior Judge Kenneth Brown was assigned to hear the Pennsylvania Office of the Attorney General's case. Judge Brown held a status conference on April 6, 2017. Judge Brown scheduled arguments on Defendants' preliminary objections for June 13, 2017.

2. Defendants and Counsel for Plaintiffs in all the referenced actions have continued to confer to discuss further information exchange issues in connection with the mediation process. The parties met for a mediation session at Judge Cahn's offices in Philadelphia on March 8, 2017, and plan to meet again to continue the mediation process in the next 60 days.

Dated:  May 15, 2017                                           Respectfully Submitted,

By:

/s/ *Thomas S. McNamara*
Thomas S. McNamara                          Christopher D. Jones
INDIK & MCNAMARA, P.C.                      GRIFFIN, DAWSEY, DEPAOLA & JONES, P.C.
100 South Broad St., Ste. 2230              101 Main St.
Philadelphia, PA 19110                      Towanda, PA 18848
Telephone:  215-567-7125                    Telephone:  570-265-2175
Facsimile:  215-563-8330                    Facsimile:  570-265-9718

Taunya M. Rosenbloom
LAW OFFICE OF TAUNYA KNOLLES
ROSENBLOOM
P.O. Box 309
332 South Main St.
Athens, PA 18810
Telephone:  570-888-0660
Facsimile:  570-888-0664

*Counsel for Plaintiffs in A & B Campbell Family*


/s/ *Michael D. Donovan*
Michael D. Donovan                          Noah Axler
Donovan Litigation Group, LLC               Axler Goldich, LLC
15 Saint Asaphs Rd.                         One Liberty Place
Bala Cynwyd, PA 19004                       1650 Market St.
Telephone:  610-647-6067                    36th Floor
Facsimile:  610-647-7215                    Philadelphia, PA 19103
                                            Telephone:  215-732-6067
                                            Facsimile:  215-732-8060

Patrick Howard                              Robert E. McCann
SALTZ, MONGELUZZI, BARRETT & BENDESKY,      Todd J. Jacobs
P.C.                                        MCCANN & WALL, LLC
One Liberty Place                           Two Penn Center Plaza
1650 Market St.                             1500 JFK Blvd., Ste. 1110
52nd Floor                                  Philadelphia, PA 19102
Philadelphia, PA 19103                      Telephone:  215-569-8488
Telephone:  215-575-3986                    Facsimile:  215-569-8288
Facsimile:  215-496-0999

*Counsel for Plaintiffs in Brown*

3

/s/ *Peter A. Muhic*
Joseph H. Meltzer
Peter A. Muhic
Tyler S. Graden
Natalie Lesser
KESSLER TOPAZ MELTZTER & CHECK, LLP
280 King of Prussia Rd.
Radnor, PA 19807
Telephone: 610-667-7706
Facsimile: 610-667-7056

Robert D. Schaub
ROSENN, JENKINS & GREENWALD, LLP
15 South Franklin St.
Wilkes-Barre, PA 18711
Telephone: 570-826-5652
Facsimile: 570-831-7215

*Counsel for Plaintiffs in Suessenbach*


/s/ *Ira Neil Richards*
Arleigh P. Helfer
Ira Neil Richards
Schnader Harrison Segal & Lewis LLP
1600 Market St., Ste. 3600
Philadelphia, PA 19103
Telephone: 215-751-2000
Facsimile: 215-731-9044

Richard D. Greenfield
GREENFIELD & GOODMAN LLC
250 Hudson St.
8th Floor
New York, NY 10013
Telephone: 917-495-4446
Facsimile: 212-355-9592

Aaron D. Hovan
John J. Hovan, Attorney at Law
P.O. Box 336
154 Warrant St.
Tunkhannock, PA 18657
Telephone: 570-836-3121
Facsimile: 570-836-1503

Richard Layton Huffsmith
100 North Wilkes-Barre Blvd.
Wilkes-Barre, PA 18702
Telephone: 570-240-4400

Kenneth I. Trujillo
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS
& AUGHTRY
300 Conshohocken State Rd., Ste. 570
West Conshohocken, PA 19428
Telephone: 610-772-2340
Facsimile: 610-772-2305

*Counsel for Plaintiffs in Tyler*

4

/s/ *Daniel T. Brier*_____
Daniel T. Brier
John B. Dempsey
MYERS BRIER & KELLY, LLP
425 Spruce St., Ste. 200
Scranton, PA 18503
Telephone: 570-342-6100
Facsimile: 570-342-6147

Daniel T. Donovan (*Pro Hac Vice*)
Peter A. Farrell (*Pro Hac Vice*)
Ragan Naresh (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., NW
Washington, DC 20005
Telephone: 202-879-5174
Facsimile: 202-879-5200

Seamus C. Duffy
William M. Connolly
Kathryn E. Deal
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Telephone: 215-988-2440
Facsimile: 215-988-2757

*Counsel for Chesapeake Defendants*