IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. BROWN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., CHESAPEAKE ENERGY CORP. , and DOMENIC J. DELL'OSSO, JR.,<br><br>Defendants. | No. 3:14-cv-00591-MEM |
| THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH, and GINA M. SUESSENBACH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P. and CHESAPEAKE ENERGY CORP.<br><br>Defendants. | No. 3:14-cv-01197-MEM |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

Kindly withdraw the appearance of Alan C. Promer of the law firm of Hangley Aronchick Segal Pudlin & Schiller as co-counsel on behalf of Defendant Access Midstream Partners, L.P., in the above-captioned action.

|  |  |
|---|---|
|  | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| Dated:  July 26, 2021 | By:  */s/ Alan C. Promer*  <br>        Alan C. Promer  <br>One Logan Square, 27th Floor  <br>Philadelphia, PA  19103  <br>(215) 496-7044  <br><br>*Attorney for Access Midstream Partners, L.P.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2021, I caused the foregoing Withdrawal of Appearance to be filed electronically using the Court's electronic filing system, and that the filing is available to counsel for all parties for downloading and viewing from the electronic filing system.

                                                        */s/ Alan C. Promer*
                                                        Alan C. Promer