IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. BROWN and ALICE R. BROWN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., CHESAPEAKE ENERGY CORP., and DOMINIC J. DELL'OSSO, JR.,<br><br>　　　　　　　　　　Defendants. | No. 3:14-cv-00591-MEM |

## ORDER GRANTING LEAVE TO WITHDRAW

Before the Court is the Motion of Elliot Anderson for leave to withdraw as counsel for Defendant Access Midstream Partners, L.P., n/k/a The Williams Companies, Inc. Upon review of the motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

IT IS SO ORDERED this _1st_ day of ~~July~~ August, 2023.

_____
UNITED STATES DISTRICT JUDGE