UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I, __Kayci B. Hughes_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:  Crowe & Dunlevy, P.C.

222 North Detroit Avenue, Suite #600

Tulsa, OK 74120

Office Telephone:  (918) 592-9846

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached list of admissions.

My attorney Identification number is:  OK Bar No. 18399

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

✗ SPECIAL ADMISSION:

GRANTED BY THE COURT  _[signature]_   Date: 12/20/23