# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. BROWN and ALICE R. BROWN, on behalf of themselves and all others similarly situated, | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    No. 3:14-cv-00591-MEM <br> : |
| ACCESS MIDSTREAM PARTNERS, L.P., CHESAPEAKE ENERGY CORP., and DOMINIC J. DELL'OSSO, JR., | : <br> : <br> : |
| Defendants. | : <br> : |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter the appearance of Kayci B. Hughes of the law firm Crowe & Dunlevy as co-counsel on behalf of Defendant Access Midstream Partners, L.P., in the above-captioned action.

Dated:   January 10, 2024

Respectfully submitted,

By: */s/Kayci B. Hughes*
Kayci B. Hughes, OBA #18399
*Admitted Pro Hac Vice*
CROWE & DUNLEVY, P.C.
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
(918) 592-9846
(918) 592-9801 (Facsimile)
kayci.hughes@crowedunlevy.com

*Attorneys for Defendant Access Midstream Partners, L.P., now known as The Williams Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2024, that I caused the foregoing *Entry of Appearance* to be filed electronically using the Court's electronic filing system, and that the filing is available to counsel for all parties for downloading and viewing from the electronic filing system.

<em>/s/Kayci B. Hughes</em><br>
Kayci B. Hughes

5499568.v1