

February 12, 2025

**VIA ECF**

Honorable Karoline Mehalchick
U.S. District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

    Re:    *Brown v. Access Midstream Partners, L.P., et al.* - No. 3:14-CV-591 (the "Brown Action") and *Suessenbach v. Access Midstream Partners, L.P., et al.* - No. 3:14-CV-1197 (the "Suessenbach Action")

Dear Judge Mehalchick:

    I represent Defendants Chesapeake Energy Corporation, n/k/a Expand Energy Corporation, and Domenic J. Dell'Osso, Jr. in the above-captioned matters. On February 10, 2025, Plaintiffs filed identical Notices of Partial Dismissal of Certain Claims against Chesapeake Energy Corporation and Domenic J. Dell'Osso, Jr. pursuant to Federal Rule of Civil Procedure 41(a)(2). (*See* Brown Action at ECF 245; Suessenbach Action at ECF 194) (the "Notices"). The Notices are procedurally and substantively objectionable, and this letter serves to notify the Court that my clients will be filing a written response to the Notices and for appropriate further relief.

                                                Respectfully,

                                                Daniel T. Brier

DTB:cak
cc:    All Counsel of Record (via ECF)