UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. BROWN, et al., <br><br> Plaintiffs <br> v. <br><br> ACCESS MIDSTREAM PARTNERS, L.P., et al., <br><br> Defendants | CIVIL ACTION NO. 3:14-CV-00591 <br><br> (MEHALCHICK, J.) |

**ORDER**

**AND NOW** on this 16th day of May, 2025, **IT IS HEREBY ORDERED** that, consistent with the Brown Plaintiffs' Notice of Voluntary Dismissal (Doc. 245), Chesapeake Energy Corp. ("Chesapeake") and Domenic J Dell'Osso, Jr.'s ("Dell'Osso") in his capacity as an officer of Chesapeake are **DISMISSED with prejudice** from this matter. Chesapeake and Dell'Osso's Motion to Clarify Notices of Partial Dismissal and to Enforce the Bankruptcy Court Orders by Dismissing Chesapeake Energy Corporation and Domenic J. Dell'Osso, Jr. With Prejudice is **GRANTED** to the extent it seeks clarification from this Court about the status of Dell'Osso as a Defendant in this case. (Doc. 247). The motion is **DENIED without prejudice** to the extent that it seeks Dell'Osso's dismissal. The Court is willing to visit this issue with the benefit of discovery. The outstanding motion to dismiss is also **DENIED as MOOT**. (Doc. 230). It does not appear from the docket that Defendant Dell'Osso has filed an answer to the operative amended complaint (Doc. 57). He is directed to do so within 21 days from the filing of this Memorandum, or on or before **Friday, June 6, 2025**.

BY THE COURT:

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**